# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2520
_____

Veronica Delph

*Plaintiff - Appellant*

v.

University of Arkansas for Medical Sciences; Melvin Kirkwood

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 17, 2020
Filed: June 22, 2020
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Veronica Delph appeals the district court's[1] adverse grant of summary judgment in this employment discrimination action. Having carefully reviewed the

_____

[1]The Honorable D.P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas.

record and the parties' arguments on appeal, we find no basis for reversal.  See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (standard of review). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____